Serve the printed papers on appeal as required by rule 41,* and pay ten dollars costs of this motion, in which event the motion is denied, without costs.

Russel H. Wicks, Respondent, v. Harriet L. Butler, Individually and as Executrix, and Another, etc., Appellants.— It appearing that appellants have failed to file and serve their printed papers on appeal as required by rule 41,* and it not having been shown that a case containing exceptions is necessary, respondent's motion to dismiss the appeal herein granted, with ten dollars costs.

In the Matter of the Petition of Adeline Honn, Appellant, for an Order Revoking and Canceling Liquor Tax Certificate No. 16,642, Issued to John W. Simpson, Respondent, Patrick W. Cullinan, State Commissioner of Excise, Being a Party.— Order affirmed, with costs. All concurred.

Levi L. Silverman and Levi Elsohn, Appellants, v. Elizabeth M. Danes and Others, Respondents.— Order reversed, with ten dollars costs and disbursements. Held, that the only relief to which the plaintiff was entitled was a dissolution of the injunction. All concurred.

Cortland Savings Bank, Respondent, v. Frederick S. Lighthall and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Merrill E. Farr, Appellant, v. James H. Prendergast, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred, except Kruse, J., who dissented.

Richard V. Callan, Appellant, v. Adolph J. Rodenbeck, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred.

William J. Whiteside, Appellant, v. The North American Accident Insurance Company of Chicago, Illinois, Respondent.— Judgment in favor of defendant reversed, with costs, and judgment directed in favor of plaintiff for the amount demanded in the complaint, with costs. Held, that the complaint states a good cause of action and that under the stipulation of the parties plaintiff is entitled to judgment. All concurred.

Fort Schuyler Construction Company, Appellant, v. The Consolidated Water Company of Utica, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Clarence E. Evans, an Infant, by Edward Evans, His Guardian ad Litem, Respondent, v. Eastman Kodak Company, Appellant.— Order affirmed, with ten dollars costs and disbursements, without prejudice to a renewal of the motion upon showing that the plaintiff has been given an opportunity to examine the machine in question on payment of the costs of this appeal. All concurred, except Spring and Robson, JJ., who voted for affirmance without condition.

Theodore B. Basselin and the Carthage Lumber Company, Appellants, v. John Lehman, Respondent.— The defendant's attorney having expressly stated in open court that the defendant would consent to maintain the boom in question with an opening of at least twenty feet in width, and not as a closed boom, the order appealed from is reversed, without costs of this appeal to either party, and injunction granted restraining the defendant, during the pendency of this action, from maintaining the boom in question as a closed boom and from maintaining

---

* General Rules of Practice.— [REP.